AO 440 (Rev. 10/93) Summons in a Civil Action

C 060084

# United States District Court

_____ for the _____ DISTRICT OF _____ Massachusetts _____

CHARLES LANGONE, AS FUND MANAGER OF
THE NEW ENGLAND TEAMSTERS AND TRUCKING
INDUSTRY PENSION FUND

### SUMMONS IN A CIVIL CASE

V.

N&B EXPRESS, INC.

CASE NUMBER:

# 05 11284 DPW

TO: (Name and address of defendant)

James Cappelli, President
N&B Express, Inc.
20 Industrial Drive West
South Deerfield, MA 01373

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 20 2005

CLERK                                                    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE | 8:20AM |
|---|---|---|
| Service of the Summons and Complaint was made by me[1] | July 12, 2005 | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Evan R. Golann | Deputy Sheriff-Franklin County |

*Check one box below to indicate appropriate method of service*

[x] Served personally upon the defendant. Place where served: 20 Industrial Dr. South Deerfield MA to Christibe Powers(Customer Service)accepting for N&B Express

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

[ ] Returned unexecuted: _____

_____

_____

_____

[ ] Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 6.40 Plus 3.00 auto | 30.00 plus 5.00 copies | 44.40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

8:20AM

Executed on __July 12, 2005_____    _____
                Date                              Signature of Server

_466 Main St., Greenfield, MA. 01301_
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.