UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>N&B EXPRESS, INC.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-11284 DPW<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR NOTICE OF DEFAULT**

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant N&B Express, Inc. in the above-captioned action. Defendants were served with the complaint and summons on July 12, 2005.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated:  August 10, 2005                Respectfully submitted,

                                                      Catherine M. Campbell
                                                      BBO #549397
                                                      Fienberg, Campbell & Zack, P.C.
                                                      177 Milk Street
                                                      Boston, MA 02109
                                                      (617) 338-1976


                                                      /s/ Catherine M. Campbell_____
                                                      Attorney for Plaintiff
                                                     Charles Langone, Fund Manager

<u>Certificate of Service</u>

      I, Catherine M. Campbell, hereby certify that I caused a copy of the foregoing to be mailed this day by U.S. first-class mail to James Cappelli, President, N&B Express Inc., 20 Industrial Drive West, South Deerfield, MA 01373.

      <u>/S/ Catherine M. Campbell</u>
      Catherine M. Campbell