```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

Charles Langone, as Fund         )
manager of the New England       )
Teamsters and Trucking           )
Industry Pension Fund            )
    Plaintiffs,                  )
                                 )
        v.                       )   CIVIL ACTION
                                 )   NO. 05-cv-11284-DPW
                                 )
N & B Express, Inc.              )
    Defendant.                   )

## NOTICE OF DEFAULT

Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **N & B Express**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant **N & B Express** have been defaulted this **30th day of August 2005**.

                                        Sarah A. Thornton
                                      Clerk

                    by:  _/s/ Richard Nici_____
                                      Deputy Clerk