UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISTRICT COURT DEPARTMENT
CIVIL ACTION NO. 05-11284-DPW

CHARLES LANGONE, AS FUND MANAGER )
OF THE NEW ENGLAND TEAMSTERS FUND )
AND TRUCKING INDUSTRY PENSION )
)
               Plaintiff )
)
v. )
)
N & B EXPRESS, INC. )
)
               Defendant )

### SUGGESTION OF BANKRUPTCY

Now comes, N & B EXPRESS, INC., Defendant in the above-captioned action, and states that on September 2, 2005, it filed a Voluntary Petition pursuant to Chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the District of Massachusetts being Case No. 05-46064-HJB.

WHEREFORE, the Defendant submits that the proceedings are stayed pursuant to 11 U.S.C. §362.

N & B EXPRESS, INC.

Dated: September 9, 2005

By: _____
HENRY E. GEBERTH, JR., ESQ.
(BBO No. 187940)
For HENDEL & COLLINS, P.C.
101 State Street
Springfield, MA 01103-2006
Tel. (413) 734-6411
hgeberth@hendelcollins.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DISTRICT COURT DEPARTMENT
CIVIL ACTION NO. 05-11284-DPW

CHARLES LANGONE, AS FUND MANAGER )
OF THE NEW ENGLAND TEAMSTERS FUND )
AND TRUCKING INDUSTRY PENSION )
)
           Plaintiff )
)
    v. )
)
N & B EXPRESS, INC. )
)
           Defendant )

**CERTIFICATE OF SERVICE**

I, HENRY E. GEBERTH, JR., ESQ., of the law firm of HENDEL & COLLINS, P.C., 101 State Street, Springfield, Massachusetts, do hereby certify that I have served a copy of the within Suggestion of Bankruptcy upon the below-listed parties by mailing, first class, postage prepaid on this the 9th day of September, 2005.

Richard T. King, Esq.
OFFICE OF THE U.S. TRUSTEE
446 Main Street, 14th Floor
Worcester, MA  01608

N & B EXPRESS, INC.
Attn: Mr. James Cappelli
20 Industrial Drive West
South Deerfield, MA  01373

CHARLES LANGONE AS FUND MANAGER
c/o Catherine M. Campbell, Esq.
FEINBERG, CAMPBELL & ZACK, P.C.
177 Milk Street, Suite 300
Boston, MA  02109

_____
HENRY E. GEBERTH, JR., ESQ.