UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as Fund manager of the New England Teamsters and Trucking Industry Pension Fund<br>    Plaintiffs,<br><br>v.<br><br>N & B EXPERSS, INC.<br>    Defendant. | CIVIL ACTION<br>NO. 05-cv-11284-DPW |

## PROCEDURAL ORDER FOR ADMINISTRATIVE CLOSING OF CASE

WOODLOCK, District Judge

    A Suggestion of bankruptcy by Defendant was filed with this Court on September 12, 2005.

    Accordingly, it is hereby ORDERED that the above-entitled action be, and it hereby is, administratively closed without prejudice to any party moving to restore it to the docket if any further action is required as a result of action in the bankruptcy proceedings.


DATED: October 4, 2005                         BY THE COURT,

                                                                    /s/ Michelle Rynne
                                                                    Deputy Clerk